**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **FINOC DESIGN CONSULTING OY** | § | |
| | § | |
| **PLAINTIFF,** | § | CIVIL NO. 6:09-CV-00045 |
| | § | |
| **V.** | § | |
| | § | |
| **2 WIRE INC., ET AL.,** | § | |
| | § | |
| **DEFENDANTS.** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff, FINOC Design Consulting OY and Defendant, Zoom Technologies, Inc., announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against Zoom Technologies, Inc., by FINOC Design Consulting OY herein are dismissed, with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**So ORDERED and SIGNED this 26th day of August, 2009.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**